**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
STEPHANIE A. GALLAGHER
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7780
Fax (410) 962-1812

March 27, 2023

**LETTER TO ALL PARTIES**

RE:   *Gloriana F. v. Commissioner, Social Security Administration*
       Civil No. 22-0952-SAG (consolidated)

Dear Plaintiff and Counsel:

  On April 9, 2021, Plaintiff, proceeding *pro se*, filed a complaint in the District Court of Maryland for Prince George's County against the Social Security Administration ("SSA" or "Defendant") challenging the SSA's denial of benefits. ECF 1-3. Defendant removed the action to this Court on April 19, 2022.[1] ECF 1. On June 22, 2022, Judge Hazel consolidated this case with *Gloriana F. v. Kijakazi*, Civil No. 22-1344.[2] ECF 14. The SSA filed the Notice of Filing of Official Transcript of Proceedings and Schedule on July 19, 2022. ECF 16. Plaintiff's deadline to submit a motion for summary judgment was September 19, 2022, as reflected on the docket entry. *Id.* Counsel for the SSA certified that Plaintiff was mailed a copy of the schedule, including the September 19, 2022, deadline, on July 21, 2022. ECF 17. Plaintiff did not file a motion by that deadline. On October 26, 2022, Plaintiff emailed Magistrate Judge Hurson's chambers[3] and defense counsel changing her mailing address and indicating her intent to "put forth [her] best effort to get the Motion for Summary [Judgment] completed as soon as possible." ECF 18 (under seal). Judge Hurson extended Plaintiff's deadline to file a motion for summary judgment to December 12, 2022. ECF 19. Plaintiff did not file a motion or brief for the requested relief by that deadline. *See* ECF 20. On March 6, 2023, Judge Hurson ordered Plaintiff to either file a brief by March 20, 2023, or show cause why the case should not be dismissed without prejudice under Federal Rule of Civil Procedure 41(b). *Id.* To date, Plaintiff has not filed a motion, brief, or otherwise responded to Judge Hurson's Order.

---

[1] As noted in Magistrate Judge Hurson's Order dated March 6, 2023, Defendant's "[r]emoval was timely under 28 U.S.C. § 1446 because Defendant had not been properly served with process before removal." ECF 20, at 1 (citing Md. R. Civ. P. Cir. Ct. 2-124(m); ECFs 1 and 6).

[2] The docket indicates that Plaintiff filed another complaint against the SSA in the U.S. District Court for the District of Columbia on April 11, 2022. Civ. No. 22-1344, ECF 1. The case was then transferred to this Court on April 26, 2022. Civ. No. 22-1344, ECF 3.

[3] This case was initially assigned to Magistrate Judge Hurson pursuant to Standing Order 2021-12. ECF 5. Plaintiff was instructed to file a consent or declination to proceed before a U.S. Magistrate Judge by May 19, 2022. *Id.* Though Plaintiff indicated consent to proceed before Judge Hurson in her October 26, 2022, email to Judge Hurson's chambers, ECF 18 (under seal), to date, Plaintiff has failed to file a declination or consent on the docket.